## Russell Wayne Green and W. J. Bennett, Appellants, v. Paul Sartwell and Leon Sartwell, Appellees.

Gen. No. 9,400.

opin-
ion filed August 3, 1939.   A. M. Blodgett, for appellants; R. M. Eaton,
for appellees.   Opinion by JUSTICE HUFFMAN.   ''Not to be published
in full.''